EUNICE LEONG
eunice.leong@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
3 World Trade Center
175 Greenwich St., 51st Floor
New York, NY 10007
Telephone: (212) 277-4000

*Attorneys for Defendants AXT, Inc.,*
*Morris S. Young, and Gary L. Fischer*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER,<br><br>Defendants. | Case No.: 1:24-cv-03341-DLI-JRC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN CALIFORNIA PURSUANT TO 28 U.S.C. ¶ 1404(a)**<br><br>Judge: Hon. Dora Lizette Irizarry<br><br>Magistrate Judge: Hon. James R. Cho |

Plaintiff Craig Nowakowski ("Plaintiff") and Defendants AXT, Inc., Morris S. Young, and Gary L. Fischer (together, "Defendants," and collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby submit the following stipulation:

WHEREAS, on May 6, 2024, Plaintiff filed this lawsuit against Defendants (ECF No. 1);

WHEREAS, it is Defendants' position that Plaintiff's lawsuit should be transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a) because AXT, Inc. is headquartered in Fremont, California;

WHEREAS, the United States District Court for the Northern District of California is a court in which this lawsuit "might have been brought" pursuant to 28 U.S.C. § 1404(a);

The Parties HEREBY STIPULATE that this case may be transferred to the United States District Court for the Northern District of California and jointly request that the Court order the transfer of venue.

Dated: May 7, 2024        **FRESHFIELDS BRUCKHAUS DERINGER US LLP**

By: */s/ Eunice Leong*

Eunice Leong
eunice.leong@freshfields.com
3 World Trade Center
175 Greenwich St., 51st Floor
New York, NY 10007
Telephone: (650) 618-9250

*Counsel for Defendants*

Dated: May 7, 2024        **THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*

Phillip Kim
pkim@rosenlegal.com
Laurence M. Rosen
lrosen@rosenlegal.com
275 Madison Ave, 40th Fl.
New York, NY 10016
Telephone: (212) 686-1060

*Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE

3

## **[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation to Transfer Action to United States District Court for the Northern District of California Pursuant to 28 U.S.C. § 1404(a), IT IS SO ORDERED. The Clerk is directed to transfer this case to the United States District Court for the Northern District of California.


Dated: **_____**          By: **_____**
                                              Hon. Dora Lizette Irizarry

STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE