IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG NOWAKOWSKI,

Plaintiff,

v.

AXT INC., et al.,

Defendants.

Case No.  24-cv-02778-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY OF COMPLAINT AND EXHIBIT ATTACHED THERETO**

By order filed in the Eastern District of New York on May 8, 2024, the above-titled action was transferred to this District, and, on May 10, 2024, was assigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a courtesy copy of the Complaint, as well as an exhibit attached thereto, filed in the Eastern District of New York on May 6, 2024.

**IT IS SO ORDERED.**

Dated: May 13, 2024

MAXINE M. CHESNEY
United States District Judge