BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
MICHAEL YU, State Bar No. 340255
michael.yu@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants AXT, Inc.,
Morris S. Young, and Gary Fischer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER,<br><br>Defendants. | Case No.: 3:24-cv-02778-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**<br><br>Date: February 14, 2025<br>Time: 9:00 a.m.<br>Location: Courtroom 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

[PROPOSED] ORDER GRANTING DEFS' MTD
CASE NO. 3:24-cv-02778-MMC

Currently before the Court is Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint (the "Motion to Dismiss"). The Court, having considered the pleadings and the arguments set forth in the parties' briefing on the Motion to Dismiss, and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), hereby GRANTS the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER GRANTING DEFS' MTD
CASE NO. 3:24-cv-02778-MMC