UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM CODY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MORRIS S. YOUNG, et al.,<br><br>　　　　Defendants. | Case No.  24-cv-05683-AGT<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

The undersigned requests that the Honorable Judge Chesney consider whether *Cody v. Young*, 24-cv-05683-AGT, is related to *Nowakowski v. AXT, Inc.*, 24-cv-02778-MMC. *See* Civil L.R. 3-12(c). On September 18, 2024, the plaintiff in *Cody* filed a notice of related cases, stating that *Cody* is related to *Nowakowski*. *See* Dkt. 16. The undersigned directed counsel in *Cody* to file (in *Nowakowski*) an administrative motion to consider whether the cases should be related, *see* dkt. 17 (citing Civil L.R. 3-12(b)), but counsel failed to do so.

**IT IS SO ORDERED.**

Dated: December 9, 2024

_____
Alex G. Tse
United States Magistrate Judge