**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER, <br><br> Defendants. | Case No. 3:24-cv-02778-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO DISMISS**; CONTINUING HEARING DATE <br><br> <u>CLASS ACTION</u> <br><br> Judge: Maxine M. Chesney <br> Action Filed: May 6, 2024 |

WHEREAS, on October 15, 2024, the Court granted the parties' October 11, 2024 stipulation and proposed order (Dkt. No. 49), ordering that Defendants AXT, Inc., Morris S. Young, and Gary L. Fischer (collectively, "Defendants") file any answer, motion to dismiss, or other response to the operative Complaint (Dkt. No. 47) no later than November 8, 2024; that Lead Plaintiff Charles Grubb and named plaintiff Craig Nowakowski ("Plaintiffs," and collectively with Defendants, the "Parties") file their opposition to any motion no later than

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS
TO OPPOSE DEFENDANTS' MOTION TO DISMISS, Case No. 3:24-cv-02778-MMC

December 23, 2024; and that Defendants file their reply in support of any motion no later than January 22, 2025 (the "Scheduling Oder," *see* Dkt. No. 51);

WHEREAS, on November 8, 2024, Defendants filed their motion to dismiss pursuant to the Scheduling Order (the "Motion to Dismiss," Dkt. No. 53);

WHEREAS, during the week of November 23, 2024, the lead attorney responsible for drafting Plaintiffs' opposition to the Motion to Dismiss suffered severe injuries in a car accident, resulting in an unexpected delay in completing the opposition brief by the Court-ordered deadline;

WHEREAS, in light of these unforeseen circumstances, Plaintiffs' counsel met and conferred with Defendants' counsel and requested a two-week extension until January 6, 2025 to file the opposition brief, with the corresponding reply brief deadline adjusted to February 12, 2025;

WHEREAS, Defendants have agreed to the requested extension;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, subject to the Court's approval, as follows:

1.  Plaintiffs shall file their opposition to the Motion to Dismiss no later than January 6, 2025;

2.  Defendants shall file a reply brief in further support of their Motion to Dismiss no later than February 12, 2025; and

3.  There have been no prior requests for an extension of time made in this matter.

Dated: December 2, 2024          Respectfully submitted,

                              **THE ROSEN LAW FIRM, P.A.**

                              /s/Laurence M. Rosen
                              Laurence M. Rosen (SBN 219683)
                              355 South Grand Avenue, Suite 2450
                              Los Angeles, CA 90071
                              Telephone: (213) 785-2610

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO DISMISS, Case No. 3:24-cv-02778-MMC

Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the Putative Class*

Dated: December 2, 2024                **FRESHFIELDS US LLP**

                                        /s/ Eunice Leong
                                        Eunice Leong (SBN 320499)
                                        eunice.leong@freshfields.com
                                        Boris Feldman (SBN 128838)
                                        boris.feldman@freshfields.com
                                        Doru Gavril (SBN 282309)
                                        doru.gavril@freshfields.com
                                        J. Mia Tsui (SBN 344251)
                                        mia.tsui@freshfields.com
                                        855 Main Street Redwood City, CA 94063
                                        Telephone: (650) 618-9250

                                        *Counsel for Defendants AXT, Inc.,*
                                        *Morris S. Young, and Gary L. Fischer*

        Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2024                /s/Laurence M. Rosen
                                            Laurence M. Rosen

                                *    *    *

                        [~~PROPOSED~~] ORDER

THE PARTIES HAVING STIPULATED TO THE FOREGOING, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT THE HEARING IS CONTINUED TO MARCH 7, 2025, AT 9:00 A.M.

Dated: December 10, 2024        THE HONORABLE MAXINE M. CHESNEY
                                UNITED STATES DISTRICT JUDGE

                                    3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO DISMISS, Case No. 3:24-cv-02778-MMC