**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER,<br><br>　　　　　Defendants. | Case No. 3:24-cv-02778-MMC<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**<br><br><u>CLASS ACTION</u><br><br>Date: March 7, 2025<br>Time: 9:00 a.m.<br>Location: Courtroom 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

1

Before the Court is Defendants AXT, Inc., Morris S. Young, and Gary L. Fischer's (collectively "Defendants") Motion to Dismiss Plaintiffs' Amended Class Action Complaint (Dkt. 53), filed November 8, 2024. Lead Plaintiff Charles Grubb and name plaintiff Craig Nowakowski ("Plaintiffs") have filed opposition, to which Defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court hereby DENIES the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____                    _____

Hon. Maxine M. Chesney
United States District Judge

[Proposed] Order, Case No. 3:24-Cv-02778-MMC