IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG NOWAKOWSKI,

        Plaintiff,

    v.

AXT INC., et al.,

        Defendants.

Case No.  24-cv-02778-MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS**

Before the Court is defendants' Motion, filed November 8, 2024, "to Dismiss Plaintiffs' Amended Class Action Complaint."  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for March 7, 2025.

    **IT IS SO ORDERED.**

Dated: February 28, 2025

MAXINE M. CHESNEY
United States District Judge