**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER, <br><br> Defendants. | Case No. 3:24-cv-02778-MMC <br><br> **PLAINTIFFS' STATEMENT OF RECENT DECISION** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Hon. Maxine M. Chesney |

1

PLAINTIFFS' STATEMENT OF RECENT DECISION, Case No. 3:24-Cv-02778-MMC

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 7-3(d)(2), Lead Plaintiff Charles Grubb and name plaintiff Craig Nowakowski ("Plaintiffs") hereby submit as supplemental authority in support of their Opposition to Defendants' Motions to Dismiss (Dkt. No. 60), the recent opinion in *In re Golden Heaven Group Holdings Ltd. Securities Litigation,* No. 2:23-CV-10619- HDV-SK, (C.D. Cal. Mar. 3, 2025), attached hereto as Exhibit 1.

Dated: March 5, 2025                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        */s/ Laurence M. Rosen*
                                        Laurence M. Rosen (SBN 219683)
                                        355 South Grand Avenue, Suite 2450
                                        Los Angeles, CA 90071
                                        Telephone: (213) 785-2610
                                        Facsimile: (213) 226-4684
                                        Email: rosen@rosenlegal.com

                                        Phillip Kim, Esq.
                                        Jing Chen, Esq.
                                        275 Madison Avenue, 40th Floor
                                        New York, NY 10116
                                        Telephone: (212) 686-1060
                                        Facsimile: (212) 202-3827
                                        Email: philkim@rosenlegal.com
                                                jchen@rosenlegal.com

                                        *Lead Counsel for Plaintiffs*
                                        *and the Putative Class*

PLAINTIFFS' STATEMENT OF RECENT DECISION, Case No. 3:24-Cv-02778-MMC

**CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby certify as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 5, 2025 I electronically filed the foregoing Plaintiffs' Statement of Recent Decision with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on March 5, 2025.

/s/ *Laurence M. Rosen* _____
Laurence M. Rosen

3

PLAINTIFFS' STATEMENT OF RECENT DECISION, Case No. 3:24-Cv-02778-MMC