BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
MICHAEL YU, State Bar No. 340255
michael.yu@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants AXT, Inc.,
Morris S. Young, and Gary Fischer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER,<br><br>          Defendants. | Case No.: 3:24-cv-02778-MMC<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION** |

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 7-3(d)(2), Defendants AXT, Inc., Morris S. Young, and Gary L. Fischer hereby submit as supplemental authority in support of their Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 53) and Reply in Support of Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 63), the recent decision and order in *Nath v. Lightspeed Commerce Inc.*, No. 21-CV-6365 (BMC), 2025 WL 606108 (E.D.N.Y. Feb. 25, 2025), attached hereto as Exhibit 1.

Dated: March 6, 2025

Respectfully submitted,

FRESHFIELDS US LLP

By: */s/ Boris Feldman*
 Boris Feldman

*Attorneys for Defendants AXT, Inc.,*
*Morris S. Young, and Gary Fischer*

DEFS' STATEMENT OF RECENT DECISION
CASE NO. 3:24-cv-02778-MMC

1