BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants AXT, Inc.,*
*Morris S. Young, and Gary Fischer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER,<br><br>Defendants. | Case No.: 3:24-cv-02778-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date: August 15, 2025<br>Time: 9:00 a.m.<br>Location: Courtroom 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

Currently before the Court is Defendants' Request for Judicial Notice in Support of Their Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (the "Request for Judicial Notice"). The Court, having considered the pleadings and the arguments set forth in the parties' briefing on the Request for Judicial Notice, and pursuant to Federal Rule of Evidence 201, hereby GRANTS the Request for Judicial Notice.

**IT IS SO ORDERED.**

Dated: _____          _____
                                         Hon. Maxine M. Chesney
                                         United States District Judge

1

[PROPOSED] ORDER GRANTING DEFS'
REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:24-cv-02778-MMC