BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants AXT, Inc.,
Morris S. Young, and Gary L. Fischer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER, <br><br> Defendants. | Case No.: 3:24-cv-02778-MMC <br><br> **DECLARATION OF DORU GAVRIL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> Judge: Hon. Maxine M. Chesney |

1

GAVRIL DECLARATION
ISO OPP. TO CONTINUANCE
MOTION
CASE NO. 3:24-cv-02778-MMC

## DECLARATION OF DORU GAVRIL

I, Doru Gavril, declare as follows:

1.      I am a partner at the law firm Freshfields US LLP. I represent Defendants AXT, Inc. ("AXT"), Morris S. Young, and Gary L. Fischer ("Defendants") in this matter. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of the Defendants' Opposition to Plaintiffs' Administrative Motion to Continue Hearing on Defendants' Motion to Dismiss Second Amended Class Action Complaint.

2.      Throughout the pendency of this litigation, AXT's subsidiary, Beijing Tongmei Xtal Technology Co., Ltd. ("Tongmei"), has been pursuing its initial public offering on the Shanghai Stock Exchange's STAR Market, including by preparing updates about this lawsuit for Chinese regulators.

3.      On June 30, 2025, Defendants' counsel contacted Plaintiffs' counsel regarding a motion to dismiss briefing schedule. In response, Plaintiffs' counsel proposed further extending the briefing schedule based on several upcoming filing deadlines for Plaintiffs' counsel. Plaintiffs' counsel did not mention any conflicts based on depositions in August.

4.      On July 1, 2025, Defendants' counsel agreed to Plaintiffs' counterproposal on the condition that the parties would stipulate that this litigation "is not intended to and should not be construed as a reason or basis to delay the IPO proceedings in China." Plaintiffs' counsel declined to so stipulate, and the parties proceeded under the default schedule set forth in the Local Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, California on July 29, 2025.

/s/ Doru Gavril
Doru Gavril

2

GAVRIL DECLARATION
ISO OPP. TO CONTINUANCE
MOTION
CASE NO. 3:24-cv-02778-MMC