BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants AXT, Inc.,*
*Morris S. Young, and Gary L. Fischer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>       v.<br><br>AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER,<br><br>             Defendants. | Case No.: 3:24-cv-02778-MMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Maxine M. Chesney |

1

[PROPOSED] ORDER DENYING
PLAINTIFFS' CONTINUANCE
MOTION
CASE NO. 3:24-cv-02778-MMC

# [PROPOSED] ORDER

This matter came before the Court on Lead Plaintiff Charles Grubb and Named Plaintiff Craig Nowakowski's Administrative Motion to Continue Hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint. Upon consideration of the motion and Defendants' opposition, the parties' declarations, and all other materials filed by the parties in connection with the motion, the motion is hereby DENIED. It is hereby ORDERED that the hearing on Defendants' Motion to Dismiss, ECF No. 71, remains scheduled for August 15, 2025 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                            Hon. Maxine M. Chesney
                                                            United States District Judge

2

[PROPOSED] ORDER DENYING
PLAINTIFFS' CONTINUANCE
MOTION
CASE NO. 3:24-cv-02778-MMC