**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the Class*

[additional counsel on the signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG NOWAKOWSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXT, INC., MORRIS S. YOUNG, and GARY L. FISCHER,<br><br>Defendants. | Case No. 3:24-cv-02778-MMC<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT<br><br>CLASS ACTION<br><br><br>Judge: Hon. Maxine M. Chesney<br>Action Filed: July 26, 2025 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT, Case No. 3:24-cv-02778-MMC

This matter came before the Court on Lead Plaintiff Charles Grubb and Named Plaintiff Craig Nowakowski's Administrative Motion to Continue Hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.  Upon consideration of the motion, the Declaration of Jing Chen, and ~~all other materials filed by the parties in connection with the motion,~~ Defendants' opposition to the Administrative Motion the motion is hereby GRANTED. It is hereby ORDERED that the hearing on Defendants' motions to dismiss and Requst for Judicial Notice (Dkts. 71-72) currently scheduled for August 15, 2025 are hereby continued to September 12, 2025 at 9:00 a.m.

IT IS SO ORDERED this 31st day of ____July_____, 2025

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT, Case No. 3:24-cv-02778-MMC