IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG NOWAKOWSKI, et al.,

            Plaintiffs,

    v.

AXT INC., et al.,

            Defendants.

Case No.  24-cv-02778-MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS**

Before the Court is defendants' Motion, filed July 11, 2025, "to Dismiss Plaintiffs' Second Amended Class Action Complaint."  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for September 12, 2025.

    **IT IS SO ORDERED.**

Dated: September 8, 2025

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California